[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 21, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-14713
Non-Argument Calendar

_____

D. C. Docket No. 99-00059-CR-T-23-MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDREW J. STEPHENS,
a.k.a. Drew Stephens,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(March 21, 2007)**

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

M. Allison Guagliardo, counsel for Andrew J. Stephens in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Stephens's conviction and sentence are **AFFIRMED.**